

FILED

04/26/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0082

# IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0082

FILED

APR 2 6 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

STATE OF MONTANA,

    Plaintiff and Appellee,

v.

JOSHUA JAMES HOWELL,

    Defendant and Appellant.

ORDER

Counsel for the Appellant Joshua James Howell filed a motion and brief asking to be allowed to withdraw from this appeal pursuant to § 46-8-103(2), MCA, and *Anders* v. *California,* 386 U.S. 738, 87 S. Ct. 1396 (1967).

Under *Anders,* "[I]f counsel finds his case to be wholly frivolous, after a conscientious examination of it, he should so advise the court and request permission to withdraw. That request must, however, be accompanied by a brief referring to anything in the record that might arguably support the appeal." *Anders,* 386 U.S. at 744, 87 S. Ct. at 1400. In this instance, counsel asserts that a meritorious argument exists in favor of amending the written judgment. She asserts that the written judgment erroneously states that Howell was convicted of a felony when he was convicted of a misdemeanor, and she requests that this Court remand the matter to the District Court with instructions to amend the judgment accordingly.

An *Anders* brief and motion to withdraw is not the mechanism by which this Court can order relief. Counsel must either brief the matter, along with any other issues counsel believes are not wholly frivolous or move for dismissal and remand so that the State may either object or join in the motion.

Therefore,

IT IS ORDERED that counsel's motion for leave to withdraw is DENIED.

IT IS FURTHER ORDERED that Appellant's opening brief shall be due within thirty days of the date of this Order.

The Clerk is directed to provide copies of this Order to all counsel of record and to Howell personally.

DATED this 26 day of April, 2023.

For the Court,

By _____
            Chief Justice